UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81327-CIV-SINGHAL

NELSON FERNANDEZ
Plaintiff,

v.

F&B JUPITER LLC, d/b/a BRICK & BARREL,

Defendant.
_________________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE [10]). The Court having reviewed the Plaintiff's Notice of Voluntary Dismissal with Prejudice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** and each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 27th day of January 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF